IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **HILDRA LAVON JONES, III,** )  | Civil Action No. 7:11-cv-00488 |
| Plaintiff, ) | |
| ) | |
| v.  ) | **FINAL ORDER** |
| ) | |
| **JACK LEE, et al.,** ) | By: Norman K. Moon |
| Defendants. ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

### ADJUDGED AND ORDERED

that Jones' request to proceed in forma pauperis is **GRANTED**; this action is **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii); and this case is **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send a copy of this order and accompanying memorandum opinion to the plaintiff.

**ENTER**: This 31st day of October, 2011.

/s/ Norman K. Moon
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE